UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MELINDA CROUL, individually, and on
behalf of all others similarly situated,

        Plaintiff(s),

v.

KOHL'S DEPARTMENT STORES, INC.
and DOES 1-50, inclusive,

        Defendant(s).

CASE NO. 3:10-CV-02304-JSW

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
    Non-binding Arbitration (ADR L.R. 4)
    Early Neutral Evaluation (ENE) (ADR L.R. 5)
    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)*   Mediation

Mediator to be agreed upon by the parties.

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline   March 31, 2011

Dated: 8/20/10

Dated: 8/20/10

_____
Attorney for Plaintiff

_____
Attorney for Defendant

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
    Non-binding Arbitration
    Early Neutral Evaluation (ENE)
    Mediation
✓    Private ADR

Deadline for ADR session
    90 days from the date of this order.
✓    other  March 31, 2010

IT IS SO ORDERED.

Dated: August 23, 2010

*Jeffrey S. White*

UNITED STATES DISTRICT JUDGE