RODNEY B. SORENSEN, Bar No. 196926
LEILA NARVID, Bar No. 229402
E-Mail: *rbs@paynefears.com*
E-Mail: *ln@paynefears.com*
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, CA 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| MELINDA CROUL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 3:10-CV-02304-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE CURRENTLY SCHEDULED FOR APRIL 15, 2011**<br><br>Location: Courtroom 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Upon reading the Parties' Stipulation and good cause appearing, the Initial Case Management Conference currently scheduled for April 15, 2011 is hereby continued to June 3, 2011 at 1:30 a.m./p.m. in this Department. The Parties shall file a Joint Case Management Conference Statement by May 27, 2011.

**IT IS SO ORDERED.**

DATED: February 16, 2011

By: *Jeffrey S White*
UNITED STATES DISTRICT COURT JUDGE

4829-6936-1416.1