IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELINDA CROUL,

    Plaintiff,

v.

KOHLS DEPARTMENT STORES INC.,

    Defendant.

No. C 10-02304 JSW

**ORDER RE DISCOVERY DISPUTE**

On April 6, 2011, Plaintiff filed a letter concerning a discovery dispute that fails to comply with the Court's Civil Standing Orders requiring that any request for discovery relief must be summarized in a joint letter brief. The Court's Standing Orders further require the joint letter brief to attest that counsel met and conferred in person and to summarize the issues that counsel were unable to resolve. Plaintiff's request for discovery relief is DENIED for failure to comply with the Court's Standing Orders.

**IT IS SO ORDERED.**

Dated: April 7, 2011

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE