**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| MELINDA CROUL, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 50, inclusive,<br><br>　　　　Defendant. | Case No. 3:10-CV-02304-JSW<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES<br><br>Date:　TBD<br>Time:　TBD<br>Crtrm.:　E, 15th Floor<br>Judge:　Hon. Jacqueline Scott Corley |

IT IS HEREBY ORDERED that Defendant KOHL'S DEPARTMENT STORES, INC. is granted a two-week extension of time (until September 27, 2011) to respond to Plaintiff's Motion to Compel Further Discovery Responses.

IT IS FURTHER ORDERED that if the Court decides to set a hearing on this matter following the briefing, the hearing will be set for a time on or after _____ , 2011.

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

**IT IS SO ORDERED.**

Dated: September 12, 2011

*Jacqueline S. Corley*
Hon. Jacqueline Scott Corley
Magistrate Judge, United States District Court

Respectfully submitted by:
Rodney B. Sorensen, Bar No. 196926
rbs@paynefears.com
Leila Narvid, Bar No. 229402
ln@paynefears.com
PAYNE & FEARS LLP
Attorneys at Law
One Embarcadero Center, Suite 2300
San Francisco, California 94111
Telephone: (415) 398-7860
Facsimile: (415) 398-7863

Attorneys for Defendant
KOHL'S DEPARTMENT STORES, INC.

4834-9955-0474.1

PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

-2-   3:10-CV-02304-JSW
[P~~ROPOSED~~] ORDER GRANTING EXTENSION OF TIME FOR DEFENDANT TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL