PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

MELINDA CROUL, individually and on behalf of all others similarly situated,

        Plaintiff,

    v.

KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 50, inclusive,

        Defendant.

Case No. 3:10-CV-02304-JSW

**CLASS ACTION**

[~~PROPOSED~~] **ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES**

Date:    TBD
Time:    TBD
Crtrm.:  E, 15th Floor
Judge:  Hon. Jacqueline Scott Corley

       IT IS HEREBY ORDERED that Plaintiff's Motion to Compel Further Discovery

Responses ("Motion to Compel") is taken off calendar pending Court approval of the settlement

reached by the parties.

       **IT IS SO ORDERED.**

Dated:   September 26, 2011

               _Jacqueline S. Corley_
Hon. Jacqueline Scott Corley
Magistrate Judge, United States District Court

[~~PROPOSED~~] ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL
FURTHER DISCOVERY RESPONSES

1   <u>Respectfully submitted by</u>:
    Rodney B. Sorensen, Bar No. 196926
2   rbs@paynefears.com
    Leila Narvid, Bar No. 229402
3   ln@paynefears.com
    **PAYNE & FEARS LLP**
4   Attorneys at Law
    One Embarcadero Center, Suite 2300
5   San Francisco, California 94111
    Telephone: (415) 398-7860
6   Facsimile: (415) 398-7863

7   Attorneys for Defendant
    KOHL'S DEPARTMENT STORES, INC.

8   4834-9955-0474.1

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-                                                          3:10-CV-02304-JSW
[PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO COMPEL
FURTHER DISCOVERY RESPONSES