UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MELINDA CROUL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:10-CV-02304-JSW<br><br>**CLASS ACTION**<br><br>**[PROPOSED] ORDER** ~~GRANTING~~ DENYING **JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE** WITHOUT PREJUDICE<br><br>Crtrm.: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Plaintiff was told to renotice the motion for preliminary approval of the class action settlement for an open date, but has not done so. Therefore, there is no motion currently on calendar. Accordingly, the Court DENIES the request to continue the case management conference. This Order is without prejudice to the parties again requesting to continue the case management conference once the motion for preliminary approval is properly noticed.

~~Pursuant to the Parties' Joint Stipulation to Continue the further Case Management Conference, currently scheduled for May 4, 2012 at 1:30 p.m., and good cause appearing therefore: The further Case Management Conference is continued to **May 25, 2012 at 9:00 a.m.**, to coincide with the hearing on the preliminary approval of class action settlement. The further Case Management Conference on May 4, 2012 is hereby removed from the Court's calendar.~~

**IT IS SO ORDERED.**

Dated: April 20, 2012

Hon. Jeffrey S. White
District Judge, United States District Court

4841-2258-0495.1

3:10-CV-02304-JSW

[PROPOSED] ORDER GRANTING JOINT STIPULATION TO CONTINUE
FURTHER CASE MANAGEMENT CONFERENCE