PAYNE & FEARS LLP
ATTORNEYS AT LAW
ONE EMBARCADERO CENTER, SUITE 2300
SAN FRANCISCO, CALIFORNIA 94111
(415) 398-7860

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MELINDA CROUL, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 3:10-CV-02304-JSW<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO CONTINUE FURTHER CASE MANAGEMENT CONFERENCE**<br><br>Crtrm.: 11, 19th Floor<br>Judge: Hon. Jeffrey S. White |

Pursuant to the Parties' Joint Stipulation to Continue the further Case Management Conference, currently scheduled for May 4, 2012 at 1:30 p.m., and good cause appearing therefore:

The further Case Management Conference is continued to **July 13, 2012** at **9:00 a.m.**, to coincide with the hearing on the preliminary approval of class action settlement. The further Case Management Conference on May 4, 2012 is hereby removed from the Court's calendar.

**IT IS SO ORDERED.**

Dated: April 24, 2012

*/s/ Jeffrey S. White*
Hon. Jeffrey S. White
District Judge, United States District Court

4841-2258-0495.1

3:10-CV-02304-JSW

[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO CONTINUE
FURTHER CASE MANAGEMENT CONFERENCE