IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MELINDA CROUL,

    Plaintiff,

v.

KOHL'S DEPARTMENT STORES, INC., and DOES 1 through 50,

    Defendants.

No. C 10-02304 JSW

**ORDER VACATING CASE MANAGEMENT CONFERENCE AND HEARING AND REQUIRING FURTHER FILINGS**

    The motion for preliminary approval of class action settlement filed by Plaintiff is currently set for hearing on Friday, July 13, 2012 at 9:00 a.m. The Court finds that this matter is appropriate for disposition without oral argument and is deemed submitted. *See* Civ. L.R. 7-1(b). Accordingly, the hearing set for July 13, 2012 is HEREBY VACATED. The Court FURTHER VACATES the case management conference set for July 13, 2012.

    Pursuant to 28 U.S.C. § 1715, the parties are required to provide notice to the appropriate federal and state officials "[n]ot later than 10 days after a proposed settlement of a class action is filed in court." The Court ORDERS that Plaintiff shall file a declaration by no later than July 16, 2012, attesting that the appropriate notice has been provided. If it has not already been provided, Plaintiff shall file a declaration stating the date when such notice will be provided. The Court FURTHER ORDERS that by no later than July 16, 2012, Plaintiff shall file an amended proposed order granting preliminary approval with the following changes:

    (1)    If there is no forwarding address, or the Claims Administrator discovers that a forwarding address is no longer valid, the Claims Administrator *shall* do a

computer search for a new address using the Class Member's social security number;

(2) The blanks on the notice to be provided to class members shall be filed in;

(3) The final fairness hearing shall be held on November 16, 2012 at 9:00 a.m.;

(4) The deadline for requesting exclusion from the Settlement Class, for filing objections, or for filing a claim shall be extended to sixty days after the notice is initially mailed, or seventy five days if the notice returned and mailed out again;

(5) The deadline for filing a motion for payment of reasonable attorneys' fees, reimbursement of litigation costs, and payment of incentive fees shall be thirty-five days prior to the final fairness hearing; and

(6) The deadline for filing a motion for final approval of the class action settlement shall be thirty-five days prior to the final fairness hearing.

**IT IS SO ORDERED.**

Dated: July 12, 2012

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE